**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Don Benny ANDERSON, Defendant— Appellant.**

No. 03-7474.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 18, 2003.

Decided Jan. 16, 2004.

Don Benny Anderson, Appellant pro se. Kenneth E. Melson, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Don Benny Anderson appeals the district court's order denying his application for a nunc pro tunc order to modify the criminal judgment against him. We have reviewed the record and find no reversible error. Accordingly, we affirm. We also note that Anderson has raised several claims for the first time on appeal, which we decline to address. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993) (noting that issues raised for first time on appeal are generally not considered absent exceptional circumstances). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*